# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ORTIZ,<br><br>                            Petitioner,<br>vs.<br>WILLIAM J. SULLIVAN, Warden, et al.,<br>                          Respondents. | Civil No.  07-0494 WQH (PCL)<br>             [07cv0521 WQH (PCL)]<br>**ORDER SETTING BRIEFING SCHEDULE ON CONSOLIDATED CASES** |

      On August 13, 2007, Petitioner's cases were consolidated under case no. 07cv0494 and the Petition from case no.07cv0521 was filed in case no. 07cv0494 as the First Amended Petition. (*See* doc. nos. 16, 17.)  Accordingly, the Court **ORDERS**:

      a. The Clerk of this Court shall promptly (a) serve a copy of the First Amended Petition [doc. no. 17] and a copy of this Order on the Attorney General for the State of California, or his authorized agent; and (b) serve a copy of this Order on Petitioner.

      b. Respondent shall file and serve an answer to the Petition, <u>and a memorandum of points and authorities in support of such answer</u>, pursuant to Rule 5 of the Rules Governing § 2254 Cases no later than **November 5, 2007**.  At the time the answer is filed, Respondent shall lodge with the Court all records bearing on the merits of Petitioner's claims.  The lodgments shall be accompanied by a notice of lodgment which shall be captioned "**Notice of Lodgment in 28 U.S.C. § 2254 Habeas Corpus Case — To Be Sent to Clerk's Office**."  Respondent shall not combine separate pleadings, orders or other items into a combined lodgment entry.  Each item shall be numbered separately and sequentially.

c. Petitioner may file a traverse to matters raised in the answer no later than **December 5, 2007**. Any traverse by Petitioner (a) shall state whether Petitioner admits or denies each allegation of fact contained in the answer; (b) shall be limited to facts or arguments responsive to matters raised in the answer; and (c) shall not raise new grounds for relief that were not asserted in the Petition. Grounds for relief withheld until the traverse will not be considered. No traverse shall exceed ten (10) pages in length absent advance leave of Court for good cause shown.

d. A request by a party for an extension of time within which to file any of the pleadings required by this Order should be made in advance of the due date of the pleading, and the Court will grant such a request only upon a showing of good cause. Any such request shall be accompanied by a declaration under penalty of perjury explaining why an extension of time is necessary.

e. Unless otherwise ordered by the Court, this case shall be deemed submitted on the day following the date Petitioner's opposition to a motion to dismiss and/or his traverse is due.

f. Every document delivered to the Court must include a certificate of service attesting that a copy of such document was served on opposing counsel (or on the opposing party, if such party is not represented by counsel). Any document delivered to the Court without a certificate of service will be returned to the submitting party and will be disregarded by the Court.

g. Petitioner shall immediately notify the Court and counsel for Respondent of any change of Petitioner's address. If Petitioner fails to keep the Court informed of where Petitioner may be contacted, this action will be subject to dismissal for failure to prosecute.

**IT IS SO ORDERED.**

DATED: September 18, 2007

Peter C. Lewis
U.S. Magistrate Judge
United States District Court

cc: District Judge Hayes; all parties of record