# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. ORTIZ, | CASE NO. 07CV0494 WQH (PCL) |
| Petitioner, | ORDER |
| vs. | |
| W.J. SULLIVAN et al., | |
| Respondents. | |

HAYES, Judge:

The matter before the Court is the review of the Report and Recommendation (Doc.#34) filed on August 14, 2008 by the United States Magistrate Judge Peter C. Lewis.

Petitioner asserts that his federal constitutional rights were violated for the following reasons: the trial court denied his motion for disclosure of juror information; there was insufficient evidence to convict him of conspiracy to commit kidnaping for robbery and kidnaping for robbery; the trial court erred in not requiring the jury to unanimously agree on which act constituted movement for the purposes of kidnaping for robbery; and the trial court imposed upper terms on counts five through eight, and consecutive sentences on counts one, three and four.

On August 14, 2008, the United States Magistrate issued a Report and Recommendation recommending that this Court deny the Petition for Writ of Habeas Corpus (Doc. # 1) and deny the Petitioner's motion for stay and abeyance (Doc #27). The parties were ordered to file any

1  objections to the Report and Recommendation on or before August 29, 2008.

2  On August 26, 2008, Petitioner moved this Court for an extension of time to file
3  objections to the Report and Recommendation which was granted by this Court.

4  On September 22, 2008, Petitioner filed objections to the Report and Recommendation.

## RULING OF THE COURT

6  The duties of the district court in connection with the Report and Recommendation of
7  a Magistrate Judge are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28
8  U.S.C. § 636(b)(1). The district court "must make a de novo determination of those portions
9  of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or
10 in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1).
11 The Court has considered all objections filed by the Petitioner and reviewed *de novo* all aspects
12 of the Report and Recommendation of the Magistrate Judge. The Court adopts all portions of
13 the Report and Recommendation filed on August 14, 2008. The Magistrate Judge correctly
14 concluded that the Petitioner's federal constitutional rights were not violated and that the state
15 court decision denying Petitioner's habeas claim was neither contrary to, nor an unreasonable
16 application of clearly established U.S. Supreme Court law. This Court concludes that
17 Petitioner is not entitled to relief under 28 U.S.C. §2254.

18 IT IS HEREBY ORDERED that all portions of the Report and Recommendation
19 (Doc.#34) are ADOPTED and the Petition for Habeas Corpus (Doc # 1) is DENIED and the
20 Petitioner's motion for stay and abeyance (Doc #27) is DENIED.

21 DATED: October 30, 2008

**WILLIAM Q. HAYES**
United States District Judge